IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

FILED
SEP - 4 2002
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

MYLAN PHARMACEUTICALS INC.,

Plaintiff,

v.

Civil Action No. 1:02CV88
(Judge Keeley)

AMERICAN SAFETY RAZOR COMPANY;
MEGAS BEAUTY CARE, INC., D/B/A
PERSONNA MEDICAL; BBA U.S.
HOLDINGS, INC.; and BBA
NONWOVENS SIMPSONVILLE, INC.; and
INTERNATIONAL PAPER COMPANY,
individually and d/b/a VERATEC,

Defendants.

## DISCLOSURE STATEMENT
(Civil Action)

Pursuant to Standing Order No. 13, a copy of which has been provided by the Clerk, Megas Beauty Care, Inc., d/b/a Personna Medical, who is a Defendant, Cross-Defendant and Cross-Claimant in this action, makes the following disclosure:

1. Is the party a non-governmental corporate party?

    ☒ Yes    ☐ No

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    The parent of Megas Beauty Care, Inc., d/b/a Personna Medical is ASR Holdings, Inc., a Delaware corporation

3.  If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

ASR Holdings, Inc.

The undersigned party understands that under Standing Order No. 13, it will promptly file a supplemental statement upon any change in the information that this statement requires.

MEGAS BEAUTY CARE, INC., d/b/a
PERSONNA MEDICAL,

By Counsel:

*/s/ David B. Thomas by George G. Guthrie*
DAVID B. THOMAS
(W. Va. State Bar No. 3731)

*/s/ George G. Guthrie*
GEORGE G. GUTHRIE
(W. Va. State Bar No. 1511)

ALLEN GUTHRIE & McHUGH
1300 Bank One Center
P. O. Box 3394
Charleston, WV 25333-3394
(304) 345-7250

Dated: September 4, 2002

## CERTIFICATE OF SERVICE

I, George G. Guthrie, counsel for Defendant, Megas Beauty Care, Inc., d/b/a Personna Medical, do hereby certify that I have served the foregoing "DISCLOSURE STATEMENT" upon the plaintiff and remaining defendants herein by depositing true copies thereof in envelopes in the United States mail, with postage prepaid, addressed as follows this 3rd day of September, 2002:

Counsel for Plaintiff, **Mylan Pharmaceuticals, Inc.:**

James W. Kraus, Esq.
DKW LAW GROUP, PC
58th Floor, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Counsel for Defendants, **BBA U.S. Holdings, Inc., and BBA Nonwovens Simpsonsville, Inc.:**

William J. Witte, Esq.
RILEY, MCNULTY, HEWITT
 & SWEITZER, P.C.
650 Washington Road, Suite 300
Pittsburgh, PA 15228

Counsel for Defendant, **International Paper Company, individually and d/b/a Veratec:**

John H. Tinney, Jr., Esq.
THE TINNEY LAW FIRM, PLLC
P. O. Box 3752
Charleston, West Virginia 25337-3752

James Brandt, Esq.
Blair G. Connelly, Esq.
LATHAM & WATKINS
53rd at Third
885 Third Avenue
New York, NY 20022-4802

_____
GEORGE G. GUTHRIE